**Order entered December 6, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01143-CV

## IN RE ARTURO SOLIS, Relator

**Original Proceeding from the 52nd District Court**
**Coryell County, Texas[1]**
**Trial Court Cause No. C10-11-40751**

## ORDER
Before Justices Francis, Brown, and Whitehill

Before the Court is relator's October 30, 2017 "request for stay" of rehearing in which

relator asks the Court to stay its ruling on his motion for rehearing. We **DENY** the motion.


/s/     ADA BROWN
        JUSTICE

---

[1] Although originally filed in the Tenth Court of Appeals and docketed as case number 10-17-00286-CR, this original proceeding was transferred to this Court pursuant to Tex. Gov't Code § 73.001 and due to recusals on the Tenth Court of Appeals. *See* TEX. SUP. CT. ORDER, Misc. Docket No. 17–9127 (Sept. 28, 2017).